*In re* **Hogan**, William James (MR 19291)
River Forest, IL

**Order of the Court:**

The motion by William James Hogan to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **Horn**, Philip Charles (MR 19300)
Buffalo Grove, IL

**Order of the Court:**

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Philip Charles Horn is suspended from the practice of law for two years and until further order of the Court.